# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Russell, David E. | Eastern District of California | 03/14/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Recalled Bankruptcy Judge | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

U.S. Bankruptcy Court
501 I Street, Suite 3-200
Sacramento, CA 95814

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee of Family Trust. Assets reported in Part VII | |
| 2. Trustee of Trust for ▮▮▮▮▮▮ | ▮▮▮▮▮▮ the trust became irrevocable and the assets were distributed and the trust closed in 2013. |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Russell, David E. | 03/14/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | California Bankruptcy Forum | May 16th thru 19th, 2013 | Paradise Point, San Diego, CA | Participation in Bankruptcy Programs for profesionals | 3 nights lodging and some meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Russell, David E.** | 03/14/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Russell, David E. | 03/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SMR IRA | | | | | | | | | |
| 2. 1. American Electric Power Co | A | Dividend | J | T | | | | | |
| 3. 2. Berkshire Hathaway Inc | | None | J | T | | | | | |
| 4. 3. BP PLC ADS | A | Dividend | J | T | | | | | |
| 5. 4. Chico Fas Inc. | A | Dividend | J | T | | | | | |
| 6. 5. Clorox Co De | A | Dividend | J | T | | | | | |
| 7. 6. Emerson Electric Co | A | Dividend | J | T | | | | | |
| 8. 7. General Mills Inc. | A | Dividend | J | T | | | | | |
| 9. 8. Hawaiian Electric Ind | A | Dividend | J | T | | | | | |
| 10. 9. Nestle Spon ADR Reg Shr | A | Dividend | J | T | | | | | |
| 11. 10. Pepsico Inc | A | Dividend | J | T | | | | | |
| 12. 11. PG&E Corporation | A | Dividend | J | T | | | | | |
| 13. 12. Plum Creek Timber | A | Dividend | J | T | | | | | |
| 14. 13. Procter & Gamble | A | Dividend | J | T | | | | | |
| 15. 14. Target Corp | A | Dividend | J | T | | | | | |
| 16. 15. M/S Bank | A | Interest | J | T | | | | | |
| 17. DER IRA (see Part VIII) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Russell, David E. | 03/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. M/S Bank | A | Interest | K | T | | | | | |
| 2. Alerian MLP ETF | A | Distribution | J | T | Buy (add'l) | 03/21/13 | J | | |
| 3. CPFL Energia S.A. | A | Dividend | J | T | | | | | |
| Federated Prudent Bear Instl | A | Dividend | | | Buy | 01/29/13 | J | | |
| Federated Prudent Bear | | | | | Sold (part) | 03/21/13 | J | | |
| Federated Prudent Bear | | | | | Sold | 09/25/13 | J | | |
| 4. Health Care Sel Sect SPDR FD | A | Dividend | J | T | Buy | 03/21/13 | J | | |
| 5. Industrial Sel Sect SPDR FD | A | Dividend | J | T | Buy | 03/21/13 | J | | |
| 6. ISHARES Cohen & Steers REIT ETF | A | Dividend | J | T | Buy | 03/21/13 | J | | |
| 7. ISHARES High Divd ETF | A | Dividend | J | T | Buy | 03/21/13 | J | | |
| 8. ISHARES Intl Sel Divd ETF | A | Dividend | J | T | Buy | 09/25/13 | J | | |
| 9. ISHARES NASDAQ Biotech ETF | A | Dividend | J | T | Buy | 03/21/13 | J | | |
| ISHARES Barclays Agg Bd Fd fka Lehmans Aggregate | A | Dividend | | | Sold | 03/21/13 | K | | |
| 10. ISHARES S&P Midcap 400 Index | A | Dividend | K | T | Buy (add'l) | 03/21/13 | J | | |
| 11. ISHARES S&P Smallcap 600 Index | A | Dividend | K | T | | | | | |
| 12. ISHARES US Technology ETF | A | Dividend | J | T | Buy | 03/21/13 | J | | |
| AmericanEuroPadific Growth Fund 2 | | None | | | Sold | 03/21/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Russell, David E.** | 03/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. American GR FD of America F2 | | None | | | Sold | 03/21/13 | J | | |
| 36. 13. S & P 500 Index FD | A | Dividend | J | T | Buy | 03/21/13 | J | | |
| 37. 14. AQR Managed Futures Strategy I | A | Dividend | J | T | Buy | 03/21/13 | J | | |
| 38. 15. Columbia Acorn Z | A | Dividend | J | T | Sold (part) | 03/21/13 | J | | |
| 39. DWS Short Duration Plus A | A | Dividend | | | Sold | 03/21/13 | K | | |
| 40. 16. Eaton Vance Diver Cur Inc I | A | Dividend | J | T | Buy | 03/21/13 | J | | |
| 41. 17. First Eagle Global I | A | Dividend | J | T | Sold (part) | 03/21/13 | J | | |
| 42. 18. First Eagle Gold I | A | Dividend | J | T | | | | | |
| 43. Ing Global Real Estate | A | Dividend | | | Sold | 03/21/13 | K | | |
| 44. 19. Goldman Sachs N-11 Equity | A | Dividend | J | T | Buy | 03/21/13 | J | | |
| 45. 20. Good Harbor US Tactical Core I | | None | J | T | Buy | 11/15/13 | J | | |
| 46. 21. Mainstay High Yield Opport I | A | Dividend | J | T | Buy | 03/21/13 | J | | |
| 47. Nataxis Loomis Say Inv Gr Bd Y class Y share | A | Dividend | | | Sold | 03/21/13 | K | | |
| 48. 22. Oppenheimer Intl Sm Com Y | A | Dividend | J | T | Buy | 03/21/13 | J | | |
| 49. 23. Oppenheimer Sr Floating Rate Y | A | Dividend | J | T | Buy | 03/21/13 | J | | |
| 50. 24. Pimco Emerging Local Bd P | A | Dividend | J | T | Buy | 03/21/13 | J | | |
| 51. Pimco Real Return | A | Dividend | | | Sold | 03/21/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Russell, David E. | 03/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. 25. Pioneer Mlti Ast Ult Sht Inc Y | A | Dividend | K | T | Buy | 03/21/13 | K | | |
| 53. 26. Pioneer Strategic Income Y | A | Dividend | K | T | Buy | 03/21/13 | K | | |
| 54. 27. Prudential Total Return Bd Z | A | Dividend | K | T | Buy | 03/21/13 | K | | |
| 55. 28. Templeton Global Bd Fd Adv | A | Dividend | J | T | Buy | 03/21/13 | J | | |
| 56. Wisdom TreeTrust Emerging Mkt Eqt | A | Dividend | | | Buy | 03/21/13 | J | | |
| 57. Wisdom Tree Trust Emergilng Mkt Eqt | | | | | Sold | 11/15/13 | J | | |
| 58. CASH FUNDS | | | | | | | | | |
| 59. 1. American Express Savings | A | Interest | K | T | | | | | |
| 60. 2. Golden 1 Credit Union | A | Int./Div. | K | T | | | | | |
| 61. 3. Safe Credit Union | A | Int./Div. | J | T | Open | 08/02/13 | J | | |
| 62. 3. Schools Financial Credit Union | A | Int./Div. | K | T | | | | | |
| 63. Tri Counties Bank | | None | | | Closed | | J | | See Part VIII |
| 64. FAMILY TRUST | | | | | | | | | |
| 65. 1. M/S Bank & Money Mkt Fds | A | Interest | K | T | | | | | See L 97 of 2012 Reprr |
| 66. 2. 3M Company | A | Dividend | J | T | | | | | |
| 67. 3. Abbott Laboratories | A | Dividend | J | T | | | | | |
| 68. 4. Abbieve Inc Com | A | Dividend | J | T | Spinoff (from line 67) | | J | | 12/31/12 stk dividemd |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Russell, David E. | 03/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. 5. Altria Group Inc | A | Dividend | J | T | | | | | |
| 70. 6. American Tower REIT Com | A | Distribution | J | T | Buy | 03/15/13 | J | | |
| 71. 7. Anadarko Petroleum | A | Dividend | J | T | | | | | |
| 72. 8 .Analy Capital Mgmnt Inc | A | Dividend | J | T | | | | | |
| 73. 9. Arthur J. Gallagher | A | Dividend | J | T | | | | | |
| 74. 10. AT&T | A | Dividend | J | T | | | | | |
| 75. 11. Atmos Energy | A | Dividend | J | T | | | | | |
| 76. 12. Berkshire Hathaway B | | None | K | T | | | | | See Part VIII. |
| 77. 13. Catapillar Inc | A | Dividend | J | T | | | | | |
| 78. 14. Celgene Corp | | None | J | T | Buy | 03/15/13 | J | | |
| 79. 15. Cincinnati Financial | A | Dividend | J | T | | | | | |
| 80. 16. Conoco Phillips | A | Dividend | J | T | | | | | |
| 81. 17. Dow Chemical Company | A | Dividend | J | T | | | | | |
| 82. 18. Duke Energy Corp | A | Dividend | K | T | | | | | |
| 83. 19. Eli Lilly & Co | A | Dividend | J | T | | | | | |
| 84. 20. Frontier Communications Corp | A | Dividend | J | T | | | | | |
| 85. 21. Google Inc-Cl A | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Russell, David E. | 03/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. 22. Health Care REIT | A | Dividend | J | T | | | | | |
| 87. 23. Home Depot Inc | A | Dividend | J | T | | | | | See Part VIII |
| 88. 24. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 89. 25. Kimberly Clark Corp | A | Dividend | J | T | | | | | |
| 90. 26. Kraft Food Group Inc Com | A | Dividend | J | T | | | | | |
| 91. 27. Lowes Companies Inc | A | Dividend | J | T | | | | | |
| 92. 28. MercadoLibre Inc | A | Dividend | J | T | | | | | |
| 93. 29. Mondalez Intl Inc Com | A | Dividend | J | T | | | | | |
| 94. 30. Netgear Inc | | None | J | T | | | | | |
| 95. 31. Nextera Energy Inc Com | A | Dividend | J | T | | | | | |
| 96. 32. Novartis AG ADR | A | Dividend | J | T | | | | | |
| 97. 33. Otter Tail Corp | A | Dividend | J | T | | | | | |
| 98. 34. Phillip Morris Intl Inc | A | Dividend | J | T | | | | | |
| 99. 35. Phillips 66 Com | A | Dividend | J | T | | | | | |
| 100. 36. Racspace Hosting Inc Com | | None | J | T | | | | | |
| 101. 37. Sohu.Com Inc | | None | J | T | | | | | See Part VIII. |
| 102. 38. Spectra Energy Corp | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Russell, David E. | 03/14/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  39. Sysco Corp | A | Dividend | J | T | | | | | |
| 104.  40. Time Warner Cable Inc New | A | Dividend | J | T | | | | | |
| 105.  41. Time Warner Inc New | A | Dividend | J | T | | | | | |
| 106.  42. TJX COS Inc New | A | Dividend | L | T | | | | | |
| 107.  43. USG Corp New | | None | K | T | | | | | |
| 108.  44. Verizon Communications | A | Dividend | J | T | | | | | |
| 109.  45. Waste Connections | | None | J | T | | | | | |
| 110.  46. Barcap IPath DJ UBS Comm Indx | | None | J | T | | | | | See Part VIII |
| 111.  47. Blackrock Cal Muni Inc Trust | A | Int./Div. | J | T | | | | | |
| 112.  48. IShares MSCI EAFE ETF | A | Dividend | J | T | | | | | |
| 113.  49. IShares Emerging Mkts ETF | A | Dividend | J | T | | | | | |
| 114.  50. SPDR S & P Emerging Asia Pacif | A | Dividend | J | T | | | | | |
| 115.  51. SPDR S & P Intl Utilities Sect | A | Dividend | J | T | | | | | |
| 116.  52. The Technology Sel Sec SPDR FD | A | Dividend | K | T | | | | | |
| 117.  53. California St Genl Oblig Bds | A | Interest | K | T | | | | | |
| 118.  54. Columbia Select Smllr Cp Val A | A | Dividend | J | T | | | | | |
| 119.  55. Franklin CA Tax Free Income Fd | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Russell, David E. | 03/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. 56. Franklin Mutual Global Discovery A | A | Dividend | J | T | | | | | |
| 121. 57. Thornburg CA Ltd Term Muni A Fd | A | Dividend | J | T | | | | | |
| 122. 58. Rental Property, Lincoln, CA | E | Rent | N | R | Buy | 05/30/13 | N | | Paid $316M to Sharon Baker |
| 123. SECONDARY TRUST | | | | | | | | | See Part VIII. |
| 124. 1 M/S Bank A/c | A | Interest | J | T | Distributed (part) | 01/29/13 | L | | Transferr to Beneficiaries |
| 125. M/S Bank A/c | | | | | Distributed (part) | 02/28/13 | M | | Transfer to Beneficiaries |
| 126. M/S Bank A/c | | | | | Distributed (part) | 04/30/13 | N | | Transfer to Beneficiaries |
| 127. M/S Bank A/c | | | | | Distributed (part) | 06/12/13 | K | | Transfer to Beneficiaries |
| 128. Hawaiian Electric Ind | | None | | | Sold | 02/06/13 | M | D | |
| 129. California St Var Purpose Bond | A | Interest | | | Sold | 04/09/13 | K | | Loss on sale |
| 130. 6. Franklin CA Tax Free Income Fd, Class A | A | Dividend | | | Sold | 04/05/13 | J | | Loss on sale |
| 131. 7. Hartford Fortis Masters VA | A | Interest | | | Redeemed | 12/31/12 | L | E | |
| 132. 8.. Rental Property, San Lorenzo, CA | C | Rent | | | Sold | 04/03/13 | N | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Russell, David E.** | 03/14/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 17. The DER IRA is managed by our broker. We have limited control over the investments.

Part VII, line 63. This little used checking a/c was closed early in 2013. Can't locate the date, but the amount was less than $300 when cloaed and for most of 2012.

Part VII, line 76. Exchange-Traded and Closed End Funds (e.g., Barcap & Blackrock ) start at line 110 in this report due to broker's change in its Statements.

Part VII, line 87. Ishares start at line 112 in this report.

Part VII, line 101. SPDR funds start at line 114 in this report.

Part VII, line 123. This trust was closed by the end of June 2013, but some funds were not distributed until early in 2014.

| Name of Person Reporting | Date of Report |
|---|---|
| Russell, David E. | 03/14/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

*David E. Russell*

Signature: s/ **David E. Russell**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544